No. 886. MAXWELL ET AL. *v.* TARRANT COUNTY WATER CONTROL & IMPROVEMENT DISTRICT NUMBER ONE. May 20, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Clay Cooke, G. R. Lipscomb, George P. Barse, John F. Anderson, Lee Roy Stover,* and *William E. Allen* for

634

petitioners. *Messrs. Sidney L. Samuels, William R. Watkins,* and *Mark McGee* for respondent.

